**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BERNARDINA SANCHEZ DE GUTIERREZ, | No. 11-70715 |
| Petitioner, | Agency No. A077-290-248 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 9, 2012[**]

Before:      RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

Bernardina Sanchez de Gutierrez, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order dismissing her

appeal from an immigration judge's removal order. We have jurisdiction under 8

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252. We review de novo questions of law, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005), and we deny the petition for review.

In her opening brief, Sanchez de Gutierrez fails to address, and therefore has waived any challenge to, the BIA's determination that record evidence other than her own statements to border agents supported her removability for alien smuggling. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (holding issues that are not specifically raised and argued in a party's opening brief are waived).

We therefore need not address Sanchez de Gutierrez's contentions concerning the admissibility of her statements.

**PETITION FOR REVIEW DENIED.**